IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT D. THOMPSON,** : | |
| Plaintiff, : | |
| v. : | CIVIL NO. 09-6084 |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| **Commissioner of Social Security,** : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 18th day of October 2012, upon consideration of Plaintiff's Motion for Summary Judgment and Brief and Statement of Issues in Support of Request for Review [Doc. No. 8], Defendant's Response [Doc. No. 11], Plaintiff's Reply [Doc. No. 12], Magistrate Judge Sitarski's Report & Recommendation [Doc. No. 13], Plaintiff's Objections thereto [Doc. No. 14], Defendant's Response [Doc. No. 15], and upon careful and independent review of the Record in the above-captioned matter, and for the reasons set forth in the attached Memorandum Opinion, the Court hereby **ORDERS** as follows:

1. The Clerk of Court is **DIRECTED** to **REMOVE** this case from civil suspense;
2. Plaintiff's Objections are **OVERRULED;**
3. The Report and Recommendation is **APPROVED and ADOPTED**;
4. The decision of the Commissioner of Social Security is **AFFIRMED;**
5. The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**